**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcos Antonio Lomeli,<br><br>                Petitioner,<br>        vs.<br><br>Eric H. Holder, Jr., et al.,<br><br>                Respondents. | No. CV-08-0955-PHX-PGR (MHB)<br><br>ORDER |

This matter already having been in effect stayed for longer than the 30 days requested by the respondents[1],

IT IS ORDERED that the respondents' Motion to Hold Proceedings In Abeyance Pending Extrajudicial Resolution Efforts (doc. #14) is denied as moot.[2]

DATED this 26th day of March, 2009.

Paul G. Rosenblatt
United States District Judge

---

[1] Attorney General Eric H. Holder, Jr. is substituted as a respondent in place of former Attorney General Michael B. Mukasey pursuant to Fed.R.Civ.P. 25(d).

[2] The Court will resolve the matters related to the pending Report and Recommendation by separate order.